AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☑ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 22-SC-2835
INFORMATION ASSOCIATED WITH ONE ACCOUNT )
STORED AT PREMISES CONTROLLED BY )
FACEBOOK, INC. PURSUANT TO 18 U.S.C. 2703 )
FOR INVESTIGATION OF VIOLATION OF 18 U.S.C. )
§§ 1752(a)(1) & (2) and 40 U.S.C. §§ 5104(e)(2)(D) & (G)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Northern District of California   .
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference).

**YOU ARE COMMANDED** to execute this warrant on or before    November 21, 2022    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    G. MICHAEL HARVEY   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    11/7/2022    

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.11.07 12:31:52 -05'00'
*Judge's signature*

City and state:    Washington, D.C.       G. MICHAEL HARVEY
United States Magistrate Judge

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>22-SC-2835 | Date and time warrant executed:<br>11/7/2022 | Copy of warrant and inventory left with:<br>Meta Platforms, Inc., Law Enforcement Response Team |
| Inventory made in the presence of: SA Jeffrey Belcher | | |

Inventory of the property taken and name(s) of any person(s) seized:

- Facebook Records w/ the following files:

    - 682266840179170.pdf
    - 682266840179170.zip
    - 844200823522810.pdf
    - 844200823522810.zip
    - 707633207449517.pdf
    - 707633207449517.zip
    - 126975261061355 7.pdf
    - 126975261061355 7.zip

All records from Facebook on accounts created by Cynthia Ballenger and Christopher Prze

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/5/2023

_____
Executing officer's signature

SA Jeffrey Belcher, FBI
Printed name and title